# BILL OF COSTS

## TEXAS COURT OF APPEALS, SIXTH DISTRICT, AT TEXARKANA

No. 06-15-00060-CV

**Sharleen Wilson Allen**

**v.**

**Bryon Wilson**

(No. CV03085 IN 6TH DISTRICT COURT OF RED RIVER COUNTY)

| TYPE OF FEE | CHARGES | PAID | BY |
|---|---|---|---|
| MOTION FEE | $10.00 | E-PAID | CHARLES S COTROPIA |
| REPORTER'S RECORD | $0.00 | UNKNOWN | RONALD USELTON |
| CLERK'S RECORD | $233.00 | PAID | RONALD USELTON |
| INDIGENT | $25.00 | E-PAID | MARY BROWN |
| FILING | $100.00 | E-PAID | MARY BROWN |
| SUPREME COURT CHAPTER 51 FEE | $50.00 | E-PAID | MARY BROWN |
| STATEWIDE EFILING FEE | $30.00 | E-PAID | MARY BROWN |

**Balance of costs owing to the Sixth Court of Appeals, Texarkana, Texas:  0.00**

***Court costs in this cause shall be paid as per the Judgment issued by this Court.***

I, **DEBRA AUTREY, CLERK** OF THE SIXTH COURT OF APPEALS OF THE STATE OF TEXAS, do hereby certify that the above and foregoing is a true and correct copy of the cost bill of THE COURT OF APPEALS FOR THE SIXTH DISTRICT OF TEXAS, showing the charges and payments, in the above numbered and styled cause, as the same appears of record in this office.



**IN TESTIMONY WHEREOF,** witness my hand and the Seal of the **COURT OF APPEALS** for the Sixth District of Texas, this July 6, 2016.

**DEBRA AUTREY, CLERK**

By _____

Deputy